367 A.2d 1081.

MAY E. RAMSEY *vs.* RAYMOND BAGGESTON.

JANUARY 18, 1977.

PRESENT: Bevilacqua, C.J., Paolino, Joslin, Kelleher and Doris, JJ.

PER CURIAM. We have reviewed the record in the case and the trial justice's decision conditionally granting the plaintiff's motion for a new trial on the issue of damages only unless defendant consented to an additur of $7500. That review satisfies us that the trial justice fully complied with the obligations imposed upon him under our rules as enunciated in a long line of cases and most recently in *Fontaine* v. *Devonis,* 114 R.I. 541, 336 A.2d 847 (1975); *Grenier* v. *Royal Cab, Inc.,* 114 R.I. 11, 327 A.2d 272 (1974).

Accordingly, we deny and dismiss the defendant's appeal,

and we remit the case to the Superior Court for a new trial on the issue of damages only unless the defendant shall, within a period to be fixed by that court, consent to the additur heretofore awarded by the trial justice.

*Quinn, Cuzzone & Geremia, John F. Cuzzone, Jr.,* for plaintiff.

*Martin M. Zucker,* for defendant.